**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a/ INTEGRATED SPORTS MEDIA, | Civil Action No. 19-9402 (SRC) |
| Plaintiff, | ORDER |
| v. | |
| VANESSA D. TERRY, Individually, and as officer, director, shareholder, principal, manager and/or member of EL RINCON DE VANESSA RESTAURANT LLC, d/b/a EL RINCON DE VANESSA RESTAURANT and EL RINCON DE VANESSA LLC, d/b/a EL RINCON DE VANESSA RESTAURANT | |
| Defendants. | |

**CHESLER**, District Judge

This matter having come before this Court on the motion for entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), by, Innovative Sports Management, Inc., d/b/a Integrated Sports Media; and the Court having considered Plaintiff's submission; and for the reasons stated in the accompanying Opinion, and good cause appearing;

**IT IS** on this 26th day of September, 2019

**ORDERED** that Plaintiff's motion for entry of default judgment (Docket Entry No. 11) is **GRANTED**; and it is further

**ORDERED** that, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), Plaintiff is awarded a

judgment against Defendants Vanessa D. Terry, individually, and as officer, director, shareholder, principal, manager and/or member of El Rincon De Vanessa LLC, d/b/a El Rincon De Vanessa Restaurant, and El Rincon De Vanessa LLC, d/b/a El Rincon De Vanessa Restaurant ("Defendants"), jointly, in the amount of $3,250.00; and it is further

**ORDERED** that, pursuant to 17 U.S.C. § 504(c)(1), Plaintiff is awarded a judgment against Defendants, jointly, in the amount of $3,250.00; and it is further

**ORDERED** that, pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) and 17 U.S.C. § 505, Plaintiff is awarded a judgment against Defendants, jointly, in the amount of $3,552.99, for attorneys' fees and costs; and it is further

**ORDERED** that this case be and hereby is **CLOSED**.

s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.